464 A.2d 532

Dyer, Appellant v. Dyer.

Petition for Allowance of Appeal
Denied Feb. 3, 1984.

Argued June 15, 1983. Peter Dyer, appellant, in propria persona; Judith S. Eden, for appellee.

Before CERCONE, P.J., McEWEN and HOFFMAN, JJ.

Order affirmed.

464 A.2d 533

Eibeschitz, Appellant v. Harleysville Ins.

Argued April 13, 1983. Albert Dragon, for appellant; Michael P. McKenna, for Harleysville, appellee; Allan Molotsky, for U.S. Fidelity, appellees.

Before HESTER, CAVANAUGH and POPOVICH, JJ.

Order affirmed.